UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| DEJUANA K. SWEITZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:08-CV-170 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Chief Judge Curtis L. Collier |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying memorandum, the Court **GRANTS** Plaintiff's motion for judgment on the pleadings (Court File No. 12), **DENIES** Defendant's motion for summary judgment (Court File No. 15), **ACCEPTS & ADOPTS** the Report & Recommendation (Court File No. 19), **REVERSES** the Commissioner's decision, and **REMANDS** this case for additional administrative proceedings, pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g).

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**